Prob 19
(1/82)

United States District Court
for the
Eastern District of Missouri

06-395-M-01

2006 APR 18 P 3:32

**FILED**

U.S.A. vs Issac J. Tucker

SEP 1 1 2006

Docket No. 4:02CR00260 SNL

TO: Any United States Marshal or any other authorized officer

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him, forthwith before the United States District Court to answer charges that he violated the conditions of his supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Issac J. Tucker | SEX<br>Male | RACE<br>Black, Non Hispanic | AGE<br>32 |
| ADDRESS(STREET, CITY, STATE) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Stephen N. Limbaugh<br>Senior United States District Judge | | DATE IMPOSED<br>August 22, 2003 | |
| TO BE BROUGHT BEFORE (NAME OF COURT)<br>U.S. District Court, Eastern District of Missouri, St. Louis, Missouri | | | |
| CLERK<br>James G. Woodward | (BY) DEPUTY CLERK | | DATE<br>April 18, 2006 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>4-18-06 | DATE EXECUTED<br>DATE: 9-11-06 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>United States Marshals Service<br>333 Constitution Ave, NW Washington DC 20001 | | |
| NAME<br>Stephanie K. Owens<br>DUSM | (BY)<br>DUSM | DATE<br>9-11-06 |

0644-0419-1251D