PROB 12C
(01/05)

# United States District Court
### for
### Eastern District of Missouri

**MFILED**
APR 1 7 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Issac J. Tucker     Case Number: 4:02CR00260 SNL

Name of Sentencing Judicial Officer:     The Honorable Stephen N. Limbaugh
Senior United States District Judge

**FILED**

Date of Original Sentence: August 22, 2003

SEP 1 1 2006

Original Offense: Uttering Counterfeit Obligations

NANCY MAYER WHITTINGTON, CLERK

Original Sentence: 10 month(s) prison, 36 month(s) supervision. On April 8, 2005, supervised
release revoked and sentenced to 8 month(s) prison, 12 month(s) supervision.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 23, 2006
Expiration Date: March 22, 2007

Assistant U.S. Attorney: Steven A. Muchnick     Defense Attorney: Robert Herman

**PETITIONING THE COURT**

[X] To issue a warrant
[ ] To issue a summons

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

The probation officer believes that the offender has violated the following condition(s) of
supervision:

## Violation Number

General Condition: The defendant must report to the probation office in the district to which the
defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Condition #2: The defendant shall report to the probation officer and shall submit a truthful and
complete written report within the first five days of each month.

## Nature of Noncompliance

According to information reported by the U.S. Probation Office in the District of Columbia,
Tucker was released from the custody of the U.S. Bureau of Prisons to the custody of the DC
Jail, Washington DC. On March 10, 2006, a letter was sent to the offender at the DC Jail
instructing him to report to the U.S. Probation Office for the District of Columbia within 72 hours
of his release from custody. The offender was released from the DC Jail on March 23, 2006.
On March 28, 2006, Tucker left a voice mail phone message for the probation officer assigned

PROB 12C
(12/98)

Issac J. Tucker
4:02CR00260 SNL

2

to him in the District of Columbia office.  The message did not leave a contact telephone number or address.  The phone number from which the offender called, as determined through "caller I.D.", was found to be disconnected.  The probation officer subsequently located a forwarding address and phone number for the offender from DC Jail records.  Upon contacting the residence by telephone and later visiting the home on March 31, 2006, the probation officer was advised that the offender did not reside in the home.  The resident of the home further stated that he did not know the offender.  Consequently, the offender's whereabouts are currently unknown.

**Previous Violations**

There are no other known violations.

U.S. Probation Officer Recommendation:

The term of supervision should be
    [X]      revoked.
    [ ]      extended for  years, for a total term of  years.

[ ]      The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-13-06___

Approved,

by _____  by _____
Charles L. Currier                        Clinton Vestal
Supervising U.S. Probation Officer        U.S. Probation Officer
Date: 4/13/06                             Date: April 13, 2006

THE COURT ORDERS:

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons   Appearance Date & Time:
[ ]    Other

_____
Signature of Judicial Officer

___4/17/06___
Date

I:\CSV\Tucker, Issac #34396 Prob12C.wpd