**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 9/26/06

FILED

SEP 29 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**Nancy Mayer-Whittington
Clerk of the Court**

Address of Other Court: United States District Court
3.300 Thomas F. Eagleton U.S. Cthse
111 South Tenth Street
St. Louis, MO 63102-1116

FILED

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 06MG395 (Issac J. Tucker)

Dear Clerk of the Court:

　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Pet for Warrant & Warrant | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 9/25/06, 9/12/06, 9/11/06 | | |

　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
　　　Deputy Clerk